# ELECTRONIC RECORD

COA #    01-12-01003-CR          OFFENSE:    10.01 (Habeas Corpus)

STYLE:    Ex parte Stanley Anozie Obi v.          COUNTY:    Harris

COA DISPOSITION:    AFFIRM          TRIAL COURT:    Co Crim Ct at Law No 1

DATE: 09/25/2014          Publish: YES    TC CASE #:    1805540A

## IN THE COURT OF CRIMINAL APPEALS

STYLE:    Ex parte Stanley Anozie Obi v.          CCA #:    **1457-14**

_APPELLANT'S_    Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:    _____

_REFUSED_          JUDGE:    _____

DATE: _12/17/2014_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**